**PREPARED AND SUBMITTED BY:**

Quinn A. Sperry (11771)
**McKAY, BURTON & THURMAN**
170 South Main Street, Suite 800
Salt Lake City, Utah 84101
Telephone: (801) 521-4135
Fax: (801) 521-4252
Email: qsperry@mbt-law.com

*Attorneys for Spencer C. Crookston.*

# IN THE UNITED STATES COURT FOR THE
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SPENCER C. CROOKSTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>Defendants. | **ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Case No. 10-CV-001144-DB<br><br>District Judge: Dee Benson |

THE COURT having reviewed the parties Stipulated Motion to Dismiss Case with Prejudice, having considered other pleadings and documents on file with the Court, and good cause appearing, does hereby order as follows:

**IT IS HEREBY ORDERED AND ADJUDGED:**

1. Plaintiff's Complaint is dismissed with prejudice; and

2. The parties shall bear their own attorneys' fees and costs.

DATED this 3rd day of March, 2011.

BY THE COURT:

_____
HONORABLE DEE BENSON
Judicial District Court Judge

**APPROVED AS TO FORM AND CONTENT:**

**RICHARDS, BRANDT, MILLER, AND NELSON**

_____
Gary L. Johnson
Kallie A. Smith
*Attorneys for Plaintiff, NCO Financial Systems, Inc.*

## CERTIFICATE OF SERVICE

I certify that on the 14th day of February, 2011, I caused a true and correct copy of the foregoing document to be sent via the following method, to the following parties:

| | | |
|---|---|---|
| Gary L. Johnson | _____ | Hand-Delivery |
| Kallie A. Smith | ___X___ | U. S. Mail, Postage Pre-paid |
| RICHARDS BRANDT MILLER NELSON | _____ | Federal Express |
| Wells Fargo Center, 15th Floor | _____ | ECF |
| 299 South Main Street | | |
| P.O. Box 2465 | | |
| Salt Lake City, Utah 84110-2465 | | |

_____
Quinn A. Sperry